1832.

FERRIS
*v.*
BRUSH.

---

FERRIS *vs.* BRUSH and others.

---

A deed of a married woman to a guardian of her infant husband, is looked upon with jealousy, and the court will require a personal examination of the wife to know if it be done without coercion.

A general guardian appointed in a surrogate's court cannot receive funds out of chancery without giving security in the latter court.

---

*March,* 12,
1833.

*Husband and wife.*
*Wife's deed.*
*Guardian.*

A CASE in partition. The property had been sold ; and the share belonging to one of the defendants, a married woman, paid into court. Her husband was not of age ; but she was a little over twenty-one. A general guardian of the husband, upon the usual security, had been appointed by the surrogate. The wife released her share to the guardian in trust for the husband ; but for no money-consideration. He now applied to receive it.

THE VICE-CHANCELLOR. It is undoubtedly competent for a married woman to make a deed of real estate ; and the money here must be looked upon in the same light : for it is the avails of real estate. But a court of equity always watches such a transaction with care and jealousy. In this case the wife has just arrived at age ; and the husband is still an infant. Here she parts with a considerable sum of money ; and it is all she possessed. I do not mean to say a wife cannot do this ; but it must be, in every way, her own act. By the English practice, the wife must appear before the court and, apart from her husband, and without his coercion, require

and authorize it. And in the present case, before I make any order, I think it my duty to see this is a transaction fair and clear of coercion. The wife must appear before me (and this can be done at chambers) and show that it is her own free and voluntary act. If she consents, I shall make an order that the money be paid over to the guardian, upon his giving security in this court as every guardian does who applies for the proceeds of a sale of his ward's real estate under any decree or order. I cannot, for this purpose, recognize his bond given to the surrogate.